IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| RICHARD C. TOLBERT, | : | |
| Plaintiff | : | |
| VS. | : | |
| JOHN K. EDWARDS, Circuit Public Defender, Southern Judicial Circuit, and CATHERINE M. SMITH, Chief Assistant Public Defender, | : | NO. 7:05-CV-130(HL) |
| Defendants | : | **O R D E R** |

Plaintiff **RICHARD C. TOLBERT** brought a *pro se* 42 U.S.C. § 1983 action against John K. Edwards, "Circuit Public Defender, Southern Judicial Circuit" and Catherine M. Smith, "Chief Assistant Public Defender." In his complaint, plaintiff alleged that Edwards and Smith provided him with ineffective assistance of counsel. Plaintiff also summarily alleged that the public defender's office engaged in a "a pattern of race discrimination" in that they treat white arrestees more favorably than black arrestees. On January 12, 2006, the Court found that plaintiff had failed to state a claim under section 1983 because Edwards and Smith did not act "under color of law," a requirement of section 1983. The Court also found that plaintiff failed to allege any specific facts of discrimination by the public defender's office.

On January 20, 2006, plaintiff submitted a motion for reconsideration (Tab # 7). The Court has reviewed plaintiff's motion for reconsideration and finds that plaintiff has failed to suggest any valid reason in fact or law that the Court should alter its order. Accordingly, plaintiff's motion to reconsider is hereby **DENIED.**

1

**SO ORDERED**, this 30th day of January, 2006.

                                               **s/   Hugh Lawson**
                                               HUGH LAWSON
                                               UNITED STATES DISTRICT JUDGE

cr