# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| RICHARD C. TOLBERT, | : | |
| Plaintiff | : | |
| vs. | : | |
| JOHN K. EDWARDS, *et al.*, | : | NO. 7:05-CV-130(HL) |
| Defendants | : | **O R D E R** |

      Plaintiff **RICHARD C. TOLBERT**, a pretrial detainee at the Lowndes County Jail in Valdosta, Georgia, has filed a motion to proceed *in forma pauperis* on appeal from the Court's January 12, 2006, order that dismissed plaintiff's *pro se* civil rights complaint under 42 U.S.C. § 1983. In the Court's best judgment, an appeal from its orders cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, plaintiff's motion to proceed IFP on appeal is hereby **DENIED**.

      If plaintiff wishes to proceed with his appeal, he must pay the entire $255 appellate filing fee. Because plaintiff has stated that he cannot pay the $255 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $255 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10 until the total filing fee of $255 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

**SO ORDERED**, this 7th day of February, 2006.

                                              **s/   Hugh Lawson**
                                              HUGH LAWSON
                                              UNITED STATES DISTRICT JUDGE

cr